440 A.2d 1245

Feingold, Appellants v. Provident Nat'l Bank.
Petition for Allowance of Appeal Denied June 16, 1982.

Argued March 3, 1981. Joseph Mellace, for appellants; Walter Weir, Jr., for appellee.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

614

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Appeal quashed.